IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-139-D
No. 5:11-CR-140-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CHRISTOPHER WILSON, ) | |
| ) | |
| Defendant. ) | |

On June 10, 2008, Christopher Wilson ("Wilson") appeared before the Honorable W. Louis Sands, U.S. District Judge in the Middle District of Georgia. Upon a plea of guilty to 18 U.S.C. § 641, Theft of Government Property, Wilson was sentenced to the custody of the Bureau of Prisons for a term of 27 months in case no. 5:11-CR-140-1D. In addition, on that same date, Judge Sands sentenced Wilson in case no. 5:11-CR-139-1D. In that case, Wilson pleaded guilty to bank fraud in violation of 18 U.S.C. § 1344 and aggravated identity theft in violation of 18 U.S.C. § 1028A and received a 51 month sentence. Additionally, the court ordered that Wilson be placed on supervised release for 60 months upon release from imprisonment in each case, to run concurrently. Wilson was released from custody and the term of supervised release commenced on July 6, 2010.

From evidence presented at the revocation hearing on January 10, 2014, the court finds as a fact that Christopher Wilson, who is appearing before the court with counsel, has violated the terms and conditions of each judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 36 months in case no: 5:11-CR-139-1D and 24 months in case no. 5:11-CR-140-1D. These two sentences shall run concurrently with each other. However, these concurrent sentences are to be served consecutively to any sentence the defendant is currently serving.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

SO ORDERED. This 14 day of January 2014.

JAMES C. DEVER III
Chief United States District Judge